■ In the Matter of PABLO A. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PABLO F., Appellant. (Appeal No. 2.) [40 NYS3d 321]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered October 8, 2014 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined respondent to be, at most, a notice father.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Nickie M.A. (Pablo F.)* (144 AD3d 1576 [2016]). Present—Whalen, P.J., Centra, Carni, Curran and Troutman, JJ.